

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2025
```

Email: acohen@ashercohenlaw.com

**Asher Cohen, PLLC**

**VIA ECF**
Honorable Henry J Ricardo
United States Magistrate Judge Eastern
District of New York
500 Pearl St.
New York, NY 10007

February 10, 2025

Re:   Case no. 1:24-cv-9000, Riley V. Baggu Corporation
      Letter re: intent to amend complaint

Dear Ricardo:

    We represent the Plaintiff in this matter and we are writing to respectfully request permission to amend the complaint in the above-referenced case. After further review, we believe it is necessary to correct errors a couple of errors and adding revised information.

    Enclosed is the proposed amended complaint for your consideration. We respectfully ask that the Court grant this request, as it will help ensure the case is accurately presented.

    Thank you for your time and consideration. Thank you for your consideration.

Respectfully Submitted,

Asher Cohen, Esq.

Attorney for Plaintiff



## MEMO ENDORSEMENT

Plaintiff's request to file a First Amended Complaint is GRANTED.

The Clerk of Court is respectfully directed to terminate the open Motion to Dismiss at ECF No. 14 as DENIED AS MOOT.

SO ORDERED.

Dated: Feburary 11, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge