

# THE LAW OFFICE OF JAMES JANTARASAMI

**JAMES JANTARASAMI**
ATTORNEY AT LAW

WRITER'S DIRECT: (212) 321-0256
EMAIL:  JAMES@JLAWNYC.COM

3 COLUMBUS CIRCLE, 15TH FL.
NEW YORK, NY 10019
MAIN: (212) 324-1480
FAX: (212) 328-1436
WWW.JLAWNYC.COM

**STATUS REPORT RE: BRIEFING SCHEDULE
ON PRE-ANSWER MOTION TO DISMISS**

*\*\*VIA ECF*

February 24, 2025

Henry J. Ricardo, United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 701
New York, NY 10007
RicardoNYSDChambers@nysd.uscourts.gov

RE:     Riley v. Baggu Corporation | 1:24-cv-09000-HJR

Honorable Judge Ricardo:

The undersigned represents the defendant, Baggu Corporation ("Defendant"), in the above-titled action.  Defendant's motion to dismiss the Amended Complaint pursuant to FRCP 12(b)(1) and 12(b)(6) is filed concurrently herewith.  This letter is to address Rule II(C) of this Court's Individual Rules.

The undersigned has not yet received Plaintiff's response to the briefing schedule proposed earlier today: March 24, 2025 for service of Plaintiff's opposition papers, with Defendant's reply then due April 7, 2025.  The Court will note that Plaintiff has already availed itself of the opportunity to amend its Complaint once in response to the substance of our motion.

Upon receiving a response from Plaintiff's counsel, the undersigned will update the Court as to any agreed briefing schedule.  In the absence of a stipulated timetable, we understand that the deadlines for opposition and reply papers will be governed by Local Civil Rule 6.1.

Respectfully submitted,

James Jantarasami
*Attorney for Defendant Baggu Corporation*

Cc: Asher H. Cohen, Esq.
EQUAL ACCESS LAW GROUP PLLC
68-29 Main Street
Flushing, NY 11367
T: 718-914-9694
E: acohen@ealg.law
*Attorney for Plaintiff*