# EQUAL ACCESS LAW GROUP, PLLC

<u>**VIA ECF**</u>
Hon. Henry J Ricardo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

August 15, 2025

RE: **Riley v. BAGGU CORPORATION, DOCKET NO. 1:24-cv-9000**

Dear Judge Ricardo

    The undersigned represents Amanie Riley, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement. Thank you for your time and consideration on this matter.

    Respectfully,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

<u>/s/ *Asher H. Cohen*</u>

By: Asher H. Cohen, Esq.
    68-29 Main Street,
    Flushing, NY 11367
    O: (844) 731-3343
    C: +1 (718) 914-9694
    Email: acohen@ealg.law